FILED
GREAT FALLS
2009 DEC 30 AM 10 43
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JIMMY RIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-09-36-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and

Recommendations[1] on December 14, 2009. Defendant filed objections on

---

[1] Document No. 19.

-1-

December 15, 2009[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is GRANTED.

2. Defendant's Motion for Summary Judgment[4] is DENIED.

3. The case is REMANDED to the ALJ for new findings consistent with this Order.

DATED this 30 day of December, 2009.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2]Document No. 20.

[3]Document No. 11.

[4]Document No. 15.